Opinion issued October 14, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NOS. 01-07-00122-CR

          01-07-00123-CR

———————————

Safety National Casualty Corporation

(Agent Michael W. Cox), Appellant

 

V.

 

THE State of Texas, Appellee



 



 

On Appeal from the 180th District Court

Harris County, Texas



Trial Court Case Nos. 1000459-A & 1000442-A

 



 

MEMORANDUM OPINION ON REMAND FROM

THE TEXAS COURT OF CRIMINAL APPEALS

 

          The
Texas Court of Criminal Appeals reversed the portions of this Court’s judgments assessing civil
appellate filing fees as a part of taxing costs against appellee Safety
National.  See Safety Nat’l Cas. Corp.
v. State, 305 S.W.3d 586, 590 (Tex. Crim. App. 2010).  On remand, we reassess our fee determinations
in these cases and render judgments taxing only those costs that do not include
civil appellate filing fees.



 

 

                                                          Sam
Nuchia                                                                                                                    Justice 

 

Panel consists of Chief Justice Radack,
Justice Massengale and Justice Nuchia.[1]

Do not publish.  Tex.
R. App. P. 47.2(b).

 

 











[1]           The Honorable Sam Nuchia, retired
justice, Court of Appeals for the First District of Texas, participating by
assignment.